UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -6 AM 9: 38

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Martin RODRIGUEZ-Marmolejo,**<br><br>Defendant | Magistrate Docket No.<br>**'07 MJ 2600**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 4, 2007** within the Southern District of California, defendant, **Martin RODRIGUEZ-Marmolejo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th** DAY OF **NOVEMBER, 2007**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Martin RODRIGUEZ-Marmolejo
A #94 946 889
PR #0710-0068

## PROBABLE CAUSE STATEMENT

On November 4, 2007, Border Patrol Agent V. Arguello and Agent L. Gonzalez were performing line watch duties for the Imperial Beach Border Patrol Station in an area known as Spooner's Mesa. This area is approximately 4 ½ miles west of the San Ysidro, California, Port of Entry and approximately 50 yards north of the United States/Mexico International Boundary. At approximately 2:00 p.m., after responding to the immediate area of a seismic sensor activation Agent Arguello observed four individuals attempting to conceal themselves in some shrubbery. Agent Gonzalez approached one individual and identified himself as a Border Patrol Agent. The individual later identified as the defendant, **Martin RODRIGUEZ-Marmolejo**, began absconding on foot despite several commands to stop. After a brief foot chase, the defendant was apprehended by Agent Arguello and Agent Gonzalez. Agent Arguello identified himself as a Border Patrol Agent and questioned the defendant and the other three individuals as to their citizenship. Each subject, including the defendant, individually freely admitted to being a citizen of Mexico who did not possess any immigration documents that allowed them to legally enter or remain in the United States. The defendant was placed under arrest and while in handcuffs he again attempted to flee on foot resulting in another foot chase by Agent Gonzalez. The defendant and the others were transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 30, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda Rights. He stated that he understood his rights and agreed to give a statement without an attorney present. The defendant freely admitted to illegally crossing the United States/Mexico border by climbing the United States/Mexico International Border Fence with the purpose of traveling to San Fernando Valley, California. He admitted to being a citizen and national of Mexico. The defendant stated that he did not have any immigration documents that allowed him to legally enter or remain in the United States.