1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Martin Rodriguez-Marmolejo

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,           )   Case No. 07MJ2600
   |                                     )
12 |         Plaintiff,                  )
   |                                     )
13 | v.                                  )   **CERTIFICATE OF SERVICE**
   |                                     )
14 | MARTIN RODRIGUEZ-MARMOLEJO,         )
   |                                     )
15 |         Defendant.                  )
   |_____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                           U.S. Attorney CR
                          Efile.dkt.gc2@usdoj.gov

21                           Respectfully submitted,

23 DATED:    November 7, 2007           /s/ Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Martin Rodriguez-Marmolejo